FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 01401 bw

(Removal from District Court, County of El Paso, State of Colorado, Case No. 2007-CV-3957, State of Colorado Court of Appeals, Case No. 2007-CA-2027)

RONALD ROY HOODENPYLE/Trustee
DARLA JEAN HOODENPYLE, and
THE HIGH CHAPARRAL HOLDING TRUST,

    Plaintiffs,

v.

THE BANK OF NEW YORK TRUST,
N.A. AS SUCESSOR [sic] TO J. P. MORGAN CHASE BANK N.A.,
CASTLE MEINHOLD & STAWIARSKI, and
JOHN AND JANE DOE 1-20,

    Defendants,

## ORDER FOR SUMMARY REMAND

Plaintiff Ronald Roy Hoodenpyle, a resident of Colorado Springs, Colorado, has filed a *pro se* Notice of Removal and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The Clerk of the Court will be directed to commence a civil action. Although Mr. Hoodenpyle's Motion to proceed pursuant to § 1915 is deficient, the Court will not require him to cure the deficiency, or require the other named Plaintiffs to file their own § 1915 Motion, because the Court will remand the action summarily to the El Paso County District Court and to the State of Colorado Court of Appeals.

The Court must construe the Notice of Removal liberally because Mr. Hoodenpyle, the only named Plaintiff who has signed the Notice of Removal, is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Plaintiff Darla Jean Hoodenpyle has not signed the Notice of Removal or submitted a Motion and Affidavit to proceed pursuant to § 1915. Mr. Hoodenpyle may not act on behalf of Ms. Hoodenpyle because he is not an attorney. A *pro se* litigant may not represent another *pro se* litigant in federal court. *See* 28 U.S.C. § 1654; *see also Lutz v. Lavelle*, 809 F. Supp. 323, 325 (M.D. Pa. 1991); *Miller v. Bobbitt*, 779 F. Supp. 495, 496 (D. Or. 1991); *Lindstrom v. Illinois*, 632 F. Supp. 1535, 1537 (N.D. Ill. 1986), *appeal dismissed*, 828 F.2d 21 (7th Cir. 1987). To the extent Mr. Hoodenpyle seeks to proceed on his own behalf, he is not a party to the case he is trying to remove to this Court. Case No. 07-CV-3957 is a foreclosure proceeding against Darla Jean Hoodenpyle, and Case No. 07-CA-2027 is an appeal to the Colorado Court of Appeals of the foreclosure proceeding.

The Court, nonetheless, has reviewed the Notice of Removal and finds that it is deficient, because Mr. Hoodenpyle fails to set forth "a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a). Mr. Hoodenpyle does not demonstrate that either the trial court proceedings or the court of appeals proceedings are appropriate for removal to this Court. Therefore, this action

will be remanded summarily to the El Paso County District Court and to the State of Colorado Court of Appeals.

The Court instructs Mr. Hoodenpyle that for the most part his pleadings in the instant action are nonsensical and irrelevant. If Mr. Hoodenpyle continues to inundate this Court with inappropriate pleadings, like he has done in the instant action, the Court will subject him to sanctions. Mr. Hoodenpyle also is directed to refrain from filing with this Court any notices of removal of state court cases to which he is not a party. Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that this action is remanded summarily to the El Paso County District Court in Case No. 07-CV-3957 and to the State of Colorado Court of Appeals in Case No. 07-CA-2027. It is

FURTHER ORDERED that the Clerk of this Court shall mail a certified copy of this Order to the Clerk of the El Paso County District Court at P.O. Box 2980, Colorado Springs, Colorado 80903 and to the Clerk of the State of Colorado Court of Appeals at 2 East 14th Avenue, Denver, Colorado 80203.

DATED at Denver, Colorado, this 2 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'08 - CV - 01401**

Ronald and Darla Hoodenpyle
2505 Brady Drive
Colorado Springs, CO 80917

El Paso County District Court
PO Box 2980
Colorado Springs, CO 80203

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  7/3/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk